UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNCHA KRAFT,**

    **Plaintiff,**

v.                                        **CASE NO: 8:07-CV-822-T-30MSS**

**SUNRISE SENIOR LIVING, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #4) entered on September 24, 2007. It is therefore

**ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed without prejudice.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO:**
Counsel/Parties of Record

*F:\Docs\2007\07-cv-822.dismissal service.wpd*